Rose Altman et al., Appellants, *v.* David Altman et al., Respondents.

Argued November 10, 1947; decided November 20, 1947.

*Francis C. Dale* for motion to dismiss appeal and in opposition to appellant's motion.

*Nathaniel Rubin* for motion to prosecute appeal on five copies of record below and in opposition to motion to dismiss.

Motion to dismiss appeal denied. Motion for leave to prosecute appeal on five printed copies of record below, granted.